UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Holland Koon, #227826, *a/k/a Robert Koon, a/k/a Robert H. Koon,* <br><br> Plaintiff, <br><br> vs. <br><br> J. Edward Bell, Aaron Mayer, S.C.D.C., <br><br> Defendants. | C/A No. 4:19-11-DCN-TER <br><br><br><br> ORDER |

The court has received and filed Plaintiff's document entitled "Motion to Dismiss Without Prejudice." (ECF No. 14). Federal Rule of Civil Procedure Rule 41(a)(1)(A) allows a Plaintiff to dismiss their complaint once without leave of court, upon the filing of a notice of dismissal. The court construes your "Motion to Dismiss Without Prejudice" (ECF No. 14) as such a notice. Plaintiff has five (5) days to notify this court in writing if this is not Plaintiff's intent.

**IT IS SO ORDERED**.

February 4, 2019
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge